UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                                      )
                                            )
                                            )
                                            )
    Bryan Ranchino                          )
                                            )         Case No.
            Debtor(s)                       )
                                            )

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the Court and the debtor(s) shall pay to the trustee the sum of $360 per month plus any Federal OR State Tax refunds.

2. Length of plan 60 months.

3. From the payments so received, the trustee shall make disbursements as follows:

   a. Priority claims under 11 U.S.C. Sec. 507.

   b. Secured claims.

   CitiMortgage, Inc., to be paid 100% of claim for pre-petition arrears (Est. @ $16,000) and regular monthly payments directly by debtor outside the plan commencing in November 2010 and each month thereafter on debtors 1st mortgage on home

   c. After the above claims have been paid in full, holders of unsecured claims are to be paid pro rata.

   ESTIMATED Summary of Debts to be paid:

   | | | |
   |---|---|---|
   | Priority: | $ | 0.00 |
   | Secured: | $ | 16,000.00 |
   | Unsecured Cosigned or Non-dischargeable: | $ | 0.00 |
   | Unsecured: | $ | 0.00 |
   | TOTAL TO BE PAID: | $ | 16,000.00 |

Dated: 9/28/2010                                  /s/ Bruce A Buckrop
                                                  Bruce Buckrop
                                                  Attorney for the Debtors

_____
Debtor

Bruce Buckrop
Buckrop & VanDeVelde
The Law Centre
329 18th Street   Suite #500
Rock Island, IL 61201
ph: (309) 788-2747
fax: (309) 793-4090