**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**DAVENPORT DIVISION**

| | |
|---|---|
| IN RE: | ) |
|     Bryan Scott Ranchino | ) |
|     Debtor | ) |
| | ) Case No. 10-05104 |
| | ) |
| | ) |

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Court and the debtor shall pay to the trustee the sum of $300.00 per month until December 2012, payment to increase to $404.00 for remainder of the plan plus any Federal OR State Tax refunds.

2. Length of plan 60 months.

3. From the payments so received, the trustee shall make disbursements as follows:

    a. Priority claims under 11 U.S.C. Sec. 507.

    b. Secured claims.

    CitiMortgage, Inc., to be paid 100% of claim for pre-petition arrears (Est. @ $19,050.62) and regular monthly payments directly by debtor outside the plan commencing in November 2010 and each month thereafter on debtors 1st mortgage on home.

    c. After the above claims have been paid in full, holders of unsecured claims are to be paid pro rata.

    ESTIMATED Summary of Debts to be paid after Attorney fees and Trustee fees:

    | | | |
    |---|---|---|
    | Priority: | $ | 0.00 |
    | Secured: | $ | 19,050.62 |
    | Unsecured Cosigned or Non-dischargeable: | $ | 0.00 |
    | Unsecured: | $ | 2693.38 |
    | TOTAL TO BE PAID: | $ | 21,744.00 |

Dated: 1/11/2011                             /s/ Bruce A Buckrop
                                        Bruce Buckrop
                                        Attorney for the Debtors




Bruce Buckrop
Buckrop & VanDeVelde
The Law Centre
329 18th Street   Suite #500
Rock Island, IL 61201
ph: (309) 788-2747
fax: (309) 793-4090

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                                                    )
    Bryan Scott Ranchino                        )
                                                              )   Case No. 10-05104
    Debtor                                                 )

### CERTIFICATE OF SERVICE

The undersigned certifies that Amended Chapter 13 Plan was served upon the Trustee of said estate(s), U. S. Trustee and all creditors on interest, by either electronically or depositing a copy thereof United States Mail, postage prepaid, in envelopes addressed to each of them at their respective addresses as known.

- Elizabeth E Goodman    chapter13@qwestoffice.net
- United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
- Albert C Warford    chapter13@qwestoffice.net, awarford13@ecf.epiqsystems.com

Bryan Ranchino
1428 Lawrence Ave
Camanche, IA 52730


Dated: 1/11/2011             BY:   /s/ Mary Kay Buckrop